1   Lisa S. Kantor (SBN 110678)
        lkantor@kantorlaw.net
2   Timothy J. Rozelle (SBN 298332)
        trozelle@kantorlaw.net
3   KANTOR & KANTOR, LLP
    19839 Nordhoff Street
4   Northridge, CA 91324
    Tel: (818) 886-2525; Fax: (818) 350-6272
5
    Attorney for Plaintiffs
6
    Steven M. Cady (admitted *pro hac vice*)
7       scady@wc.com
    William R. Murray, Jr. (admitted *pro hac vice*)
8       bmurray@wc.com
    680 Maine Avenue S.W.
9   Washington, D.C.  20024
    Tel:   (202) 434-5321
10  Fax:   (202) 434-5029

11  Attorneys for Defendants Centene Corp.,
    Michael Neidorff, Health Net Life Ins. Co., &
12  Managed Health Network, Inc.

13  Jennifer S. Romano (State Bar No. 195953)
        JRomano@crowell.com
14  CROWELL & MORING LLP
    515 South Flower Street, 40th Floor
15  Los Angeles, CA 90071
    Tel:   (213) 622-4750
16  Fax:   (213) 622-2690

17  Attorneys for Defendant Optum Services, Inc.

18              UNITED STATES DISTRICT COURT

19              CENTRAL DISTRICT OF CALIFORNIA

20  DUAL DIAGNOSIS TREATMENT              Case No. 2:20-cv-04112-SB-PVC
    CENTER, INC., a California
21  corporation; SATYA HEALTH OF          **JOINT STATUS REPORT RE:**
    CALIFORNIA, INC., a California         **MEET AND CONFER RE:**
22  corporation; ADEONA                    **DISMISSAL WITHOUT**
    HEALTHCARE, INC., a California          **PREJUDICE AND TOLLING**
23  corporation; SOVEREIGN HEALTH          **AGREEMENT**
    OF FLORIDA, INC., a Delaware
24  corporation; SOVEREIGN HEALTH
    OF PHOENIX, INC., a Delaware
25  corporation; SOVEREIGN HEALTH
    OF TEXAS, INC., a Delaware
26  corporation; SHREYA HEALTH OF
    FLORIDA, INC., a Florida corporation;
27  SHREYA HEALTH OF ARIZONA,
    INC. an Arizona corporation, and
28  VEDANTA LABORATORIES, INC., a

CROWELL
& MORING LLP
ATTORNEYS AT LAW

1   Delaware corporation,

2               Plaintiffs,

3      v.

4   CENTENE CORPORATION, a
    Delaware corporation; MICHAEL

5   NEIDORFF, an individual; HEALTH
    NET LIFE INSURANCE COMPANY,

6   a California corporation; MANAGED
    HEALTH NETWORK, INC., a

7   Delaware corporation; LIANN
    GOHARI, an individual; KENNETH B.

8   JULIAN, an individual; JOHN M.
    LEBLANC, an individual; ILEANA

9   HERNANEZ, an individual; OPTUM
    SERVICES, INC., a Delaware

10   corporation,

11               Defendants.

12

13       Pursuant to the Court's September 30, 2022 Minute Order, Plaintiffs Dual

14 Diagnosis Treatment Center, Inc., Satya Health of California, Inc., Adeona

15 Healthcare, Inc, Sovereign Health of Florida, Inc., Sovereign Health of Phoenix,

16 Inc., Sovereign Health of Texas, Inc., Shreya Health of Florida, Inc., Shreya Health

17 of Arizona, Inc., and Vedanta Laboratories, Inc.'s (collectively "Plaintiffs") and

18 Defendants Centene Corp., Michael Neidorff, Health Net Life Insurance Co., and

19 Managed Health Network, Inc.'s (collectively, "Health Net")  and Optum Services,

20 Inc. ("Optum") (collectively, "Defendants) provide the following status report on

21 the parties' good-faith discussions regarding entry of dismissal of Plaintiffs' Fourth

22 Amended Complaint ("4AC") without prejudice and tolling of Plaintiffs' current

23 claims, against Defendants.

24       On September 30, 2022, the parties attended the Court's Mandatory

25 Scheduling Conference.  At the conference, the Court raised the possibility of

26 Plaintiffs dismissing this case without prejudice pursuant to a tolling agreement to

27 conserve party and judicial resources during the pending litigation of the related

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

JOINT STATUS REPORT RE DISMISSAL OF 4AC
AND TOLLING AGREEMENT;
CASE NO. 2:20-CV-04112-SB-PVC

1    state court actions.  The Court subsequently issued a Minute Order, directing the

2    parties to "promptly meet and confer to further discuss this possibility" and to "file

3    either a stipulation to dismiss this action without prejudice or a status report on their

4    good-faith discussions" no later than October 6, 2022.  ECF No. 133.  The Court

5    also extended the deadline for Defendants to answer or move to dismiss Plaintiffs'

6    4AC by one week, to October 11, 2022.  *Id.*

7        The parties met and conferred in person immediately after the Mandatory

8    Scheduling Conference on September 30, 2022, and expressed willingness to enter

9    into an agreement as suggested by the Court.  Plaintiffs circulated a draft tolling

10    agreement on October 6, 2022, which Defendants are currently reviewing.

11        Once the parties agree to the terms and language of the tolling agreement,

12    Plaintiffs will dismiss the 4AC.  As of the date of this Joint Status Report, the

13    parties expect to have the tolling agreement finalized and dismissal on file before

14    Defendants' deadline to move to dismiss on October 11.  However, if the parties

15    require additional time to finalize the tolling agreement beyond October 10, such

16    that the dismissal is not entered by then, Defendants will file their motions to

17    dismiss on October 11 to preserve their rights.

18

19                                    Respectfully submitted,

20    Dated:  October 6, 2022         KANTOR & KANTOR, LLP

21

22                                    By:  */s/ Lisa S. Kantor*
                                         Lisa S. Kantor

23                                    Attorneys for Attorneys for Plaintiffs,
                                      Dual Diagnosis Treatment Center, Inc.,
24                                    Satya Health of California, Inc., Adeona
                                      Healthcare, Inc., Sovereign Health of
25                                    Florida, Inc., Sovereign Health of
                                      Phoenix, Inc., Sovereign Health of
26                                    Texas, Inc, Shreya Health of Florida,
                                      Inc., Shreya Health of Arizona, Inc.,
27                                    Vedanta Laboratories, Inc.

28

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-2-

JOINT STATUS REPORT RE DISMISSAL OF 4AC
AND TOLLING AGREEMENT;
CASE NO. 2:20-CV-04112-SB-PVC

Dated:  October 6, 2022                    WILLIAMS & CONNOLLY LLP

                                          By: _/s/ Steven M. Cady_____
                                               Steven M. Cady,

                                          Attorneys for Defendant
                                          Health Net Life Insurance Co.

Dated:  October 6, 2022                    CROWELL & MORING LLP

                                          By: _/s/ Jennifer S. Romano_____
                                               Jennifer S. Romano
                                               Danielle P. Richards

                                          Attorneys for Defendant
                                          OPTUM SERVICES, INC.

    Pursuant to Local Rule 5-4.3.4(a)(2)(i), Lisa Kantor hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-3-

JOINT STATUS REPORT RE DISMISSAL OF 4AC
AND TOLLING AGREEMENT;
CASE NO. 2:20-CV-04112-SB-PVC