JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUAL DIAGNOSIS TREATMENT CENTER, INC. et al., <br><br> Plaintiffs, <br><br> v. <br><br> HEALTH NET LIFE INSURANCE COMPANY et al., <br><br> Defendants. | Case No. 2:20-cv-04112-SB-PVC <br><br> ORDER OF DISMISSAL WITHOUT PREJUDICE BASED ON PARTIES' STIPULATION |

On stipulation of the parties, Dkt. No. 135, the Court hereby DISMISSES this action without prejudice.

IT IS SO ORDERED.

Date: October 11, 2022

Stanley Blumenfeld, Jr.
United States District Judge